# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| JOHN B. FELDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:97-CV-0748 AS |
| v. | ) |
| | ) |
| FRANK O'BANNON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM AND ORDER

On December 15, 2005, the clerk received a motion from John B. Felder, a *pro se* prisoner, asking that the court initiate a formal inquiry. This case was tried and judgment was entered against Mr. Felder in 2000. He appealed, but it was affirmed in 2001. In 2004, he disputed and then appealed the collection of the filing fees, but again the circuit rejected his claims. The current motion has no legitimate relationship to this case. Filing this motion more than four years after the circuit dispensed with the merits of his original claims is malicious. If Mr. Felder has any legitimate claims he may file a new case. The clerk is **DIRECTED** to send him a Prisoner Complaint 42 U.S.C. § 1983 packet.

The motion for a formal inquiry is **DENIED** and Mr. Felder is **CAUTIONED** that if he files any other papers in this case he may be sanctioned.

**IT IS SO ORDERED.**

ENTERED: December   16  , 2005

S/ ALLEN SHARP
ALLEN SHARP, JUDGE
UNITED STATES DISTRICT COURT